JaVonne M. Phillips, Esq. SBN 187474
Richard L. Stevenson, Esq. SBN 239705
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR9, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: § | Case Number: 21-04335-LA13 |
| **Debra Lynn Toner** § | |
| § | Chapter: 13 |
| § | |
| Debtor § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

   PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR9 in the above-referenced bankruptcy case.

   McCarthy & Holthus, LLP and U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR9, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| Select Portfolio Servicing, Inc. | McCarthy & Holthus, LLP |
| P.O. Box 65250 | 2763 Camino Del Rio South, Suite 100 |
| Salt Lake City, UT 84165-0250 | San Diego, CA 92108 |
| | (877) 369-6122 |

///

M&H File No. CA-21-167226

1  Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR9, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 11/17/2021                                   McCarthy & Holthus, LLP

                                            By:  /s/ Richard L. Stevenson
                                                 ───────────────────────────
                                                 Richard L. Stevenson, Esq.,
                                                 Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR9, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

M&H File No. CA-21-167226