**CSD 1173** [07/01/18]
Name, Address, Telephone No. & I.D. No.

JaVonne M. Phillips, Esq. SBN 187474
Richard L. Stevenson, Esq. SBN 239705
McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

☐ *Individual appearing without counsel*
☒ *Attorney for: U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR9, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.*

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debra Lynn Toner,

Debtor.

BANKRUPTCY NO. 21-04335-LA13

**NOTICE OF HEARING ON OBJECTION TO CONFIRMATION
OF CHAPTER 13 PLAN**

TO: Debra Lynn Toner; Chapter 13 Trustee, Thomas H. Billingslea; Debtor's Attorney of Record, ; and Other Interested Parties.

**You are hereby notified** that on 1/19/2022, at 11:00 AM, Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's Chapter 13 Plan filed by U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-AR9, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc..

Any reply or other response to this objection must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **no later than fourteen (14) days from date of service.**

DATED: 12/14/2021

/s/ *Richard L. Stevenson*
[Attorney for] Objecting Party

**This notice must be accompanied by your written objection to the Chapter 13 Plan pursuant to LBR 3015-5**

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 12/14/2021, I served a true copy of the within NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 12/14/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   | ☐ For Chpt. 7, 11, & 12 cases: | ☒ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
   |---|---|---|
   | UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

2. **Served by United States Mail**:

   On 12/14/2021, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

   **DEBTOR**
   Debra Lynn Toner, 3139 Mt Whitney Rd., Escondido, CA 92029

**CSD 1173 (Page 3)** [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    12/14/2021              /s/ Hue Banh
                  (Date)                (Typed Name and Signature)

                                       2763 Camino Del Rio South, Suite 100
                                         (Address)

                                       San Diego, CA 92108
                                         (City, State, ZIP Code)