CSD 1163 [03/01/15]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re


Debtor.

BANKRUPTCY NO.


Moving Party

RS NO.


Respondent(s)

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(UNLAWFUL DETAINER)**

Movant in the above-captioned matter moves this Court for an Order granting relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was filed on _____.

2. Procedural Status:
   a. ☐ Name of Trustee Appointed *(if any)*:

   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

   c. ☐ *(Optional)* Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: _____. 1) 12/15/1997, 2) 8/27/2014, 3) 11/06/2014, 4) 09/15/2017, 6) 01/21/2020, 7) 3/11/2021
      If applicable, the prior case was dismissed on: _____. 2) 10/15/2014, 3) 12/31/2014, 4) 01/17/2018, 5) 08/07/2019, 6) 02/19/2020, 7) 04/09/2021

   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

Movant alleges the following in support of its Motion:

1. Debtor occupies the premises commonly known as *(specify street address)*:




2. Debtor occupies the premises:
   ☐ on a month-to-month tenancy          ☐ pursuant to a lease in default
   ☐ on a hold-over tenancy               ☐ after a foreclosure sale
   ☐ on a tenancy at will                 ☐ pursuant to a terminated lease

3. Debtor has failed to pay the monthly rent of $_____ since _____.

CSD 1163

CSD 1163 (Page 2) [03/01/15]

4. Procedural status in State Court *(fill in all applicable data for completed steps)*:

    a. ☐ On_____, Movant served a Notice to Pay Rent or Quit on the Debtor(s).

    b. ☐ On_____, Movant filed a Complaint for Unlawful Detainer in State Court.

    c. ☐ Trial was held on_____.

    d. ☐ A Judgment was entered on said Complaint by the State Court on_____.

When required, Movant has filed separate Declarations pursuant to Local Bankruptcy Rule 4001-2(a).

    Movant attaches the following:

1. ☐ Copy of the State Court Unlawful Detainer Judgment.

2. ☐ Other relevant evidence:

3. ☐ *(Optional)* Memorandum of points and authorities upon which the moving party will rely.

    WHEREFORE, Movant prays that this Court issue an Order granting the following:

    ☐ Relief as requested.

    ☐ Other:

Dated:

_____
[Attorney for] Movant

CSD 1163