**CSD 1173** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

In Re

DEBRA LYNN TONER

BANKRUPTCY NO. 21-04335-LA13

Debtor.

## NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS

TO: Debtor (Pro Per), United States Trustee

**You are hereby notified** that on _January 19, 2022_, at _11:00_ a.m., in Department No. _2_, Room _118_, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's Chapter 13 Plan filed by _Thomas H. Billingslea, Jr., Chapter 13 Trustee_.

(*Insert Name of Objecting Party*)

Any reply or other response to this objection must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **no later than fourteen (14) days from date of service.**

DATED: December 2_?_, 2021
       2/

Thomas H. Billingslea, Jr., Chapter 13 Trustee
[Attorney for] Objecting Party

This notice must be accompanied by your written objection to the Chapter 13 Plan pursuant to LBR 3015-5

CSD 1173

**CSD 1173 (Page 2)** [07/01/18]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __21__ day of __December__, 2021, I served a true copy of the within NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

   ☐ For Chpt. 7, 11, & 12 cases:
   UNITED STATES TRUSTEE
   ustp.region15@usdoj.gov

   ☑ For ODD numbered Chapter 13 cases:
   THOMAS H. BILLINGSLEA, JR., TRUSTEE
   Billingslea@thb.coxatwork.com

   ☐ For EVEN numbered Chapter 13 cases:
   DAVID L. SKELTON, TRUSTEE
   admin@ch13.sdcoxmail.com
   dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail:**

   On __December 21, 2021__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

DEBTOR (PRO PER)
DEBRA LYNN TONER
3139 MT WHITNEY RD.
ESCONDIDO CA 92029

US TRUSTEE
DAVID ORTIZ-TRIAL ATTORNEY
OFFICE OF THE U.S. TRUSTEE
880 FRONT STREET
THIRD FLOOR, SUITE 3230
SAN DIEGO, CA 92101

CSD 1173

CSD 1173 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   December 21, 2021                     /s/ Bernice A. Villarreal
                  (Date)                                    (Typed Name and Signature)

                                                          402 West Broadway, Suite 1350
                                                          (Address)

                                                          San Diego, CA 92101
                                                         (City, State, ZIP Code)

CSD 1173