**CSD 1165** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Lawrence A. Mudgett III, Esq.  SBN #252898
SAFER LAW
3245 University Ave #1265
San Diego, CA 92104
619 794 0460
f. 619 794 0470

Order Entered on
January 4, 2022
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>Debra Lynn Toner<br><br>Debtor. | BANKRUPTCY NO. 21-04335-LA13 |
|---|---|
| 3139 Mount Whitney Rd. Trust Dated 06/14/2021, U.S. Financial L.P., as Trustee<br><br>Moving Party | RS NO. LM3-1 |
| Debra Lynn Toner; Trustee Thomas H. Billingslea<br><br>Respondent(s) | |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
### (UNLAWFUL DETAINER)

The court orders as set forth on the continuation pages attached and numbered __2__ through __4__ with exhibits, if any, for a total of __4__ pages.  Motion Docket Entry No. __26__ .

//
//
//
//

DATED:

January 3, 2022

/s/ Louise DeCarl Adler
Judge, United States Bankruptcy Court

CSD 1165

CSD 1165 [07/01/18] **(Page 2)**
ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY (UNLAWFUL DETAINER)
DEBTOR: Debra Lynn Toner
CASE NO: 21-04335-LA13
RS NO.:   LM3-1

The Motion of  3139 Mount Whitney Rd. Trust Dated 06/14/2021, U.S. Financial L.P., as Trustee ,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on  12/17/2021 , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A

OR Notice Docket Entry No.  27 , if filed electronically), the Motion, and accompanying Declarations having been served

upon the parties named below on  12/17/2021 , and

☑ Debtor *(Name)*: Debra Lynn Toner

☐ Debtor's Attorney *(Name)*:

☑ Trustee *(Name)*: Thomas Billingslea

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered** that:

a.   The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated as to the estate's or the debtor's interest in the following property and is legally described ☑ in Exhibit B attached, or ☐ described below (specify street address). If pertaining to a foreclosure, the full legal description in addition to the street address is required.

3139 Mt. Whitney Road
Escondido, CA 92029

(Legal Description Attached as Exhibit A)

b.   The Movant may proceed with any and all legal remedies available to recover possession of the above-described real property. Said remedies include, but are not limited to, the conclusion of unlawful detainer in State Court, without further restraint of this Court.

**It is further ordered** that *(Optional)*:

Relief from stay is granted In Rem pursuant to 11 USC 362(d)(4) and if recorded in compliance with applicable State law this Order shall be binding in any other case under the Bankruptcy Code filed by the Debtor or any other party purporting to affect such real property filed not later than 2 years after the date of the entry of this Order.

Waiver of 14 day stay of enforcement under FRBP 4001(a)(3)

**CSD 1165**

Signed by Judge Louise DeCarl Adler January 3, 2022

EXHIBIT "A"
DESCRIPTION

11693

Page 1
Order No. 608003273

PARCEL 1:

THAT PORTION OF THE SOUTH HALF OF LOT 4, IN SECTION 19, TOWNSHIP 12 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF THE SOUTH HALF OF SAID LOT 4; THENCE ALONG THE NORTHERLY LINE OF SAID SOUTH HALF OF LOT 4, NORTH 89° 51' 29" EAST, 684.24 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID NORTHERLY LINE, NORTH 89° 51' 29" EAST, 228.06 FEET TO THE WESTERLY LINE OF THE EASTERLY 421.00 FEET OF SAID LOT 4; THENCE SOUTHERLY ALONG SAID CURVE WESTERLY LINE TO THE SOUTHERLY LINE OF THE NORTHERLY 500.00 FEET OF SAID SOUTH HALF LOT 4; THENCE ALONG SAID SOUTHERLY LINE SOUTH 89° 51' 29" WEST TO A POINT DISTANT THEREON NORTH 89° 51' 29" EAST, 681.39 FEET FROM THE WESTERLY LINE OF SAID LOT 4; THENCE NORTHERLY ALONG A STRAIGHT LINE TO THE TRUE POINT OF BEGINNING.

PARCEL 2:

AN EASEMENT AND RIGHT OF WAY FOR ROAD AND PUBLIC UTILITY PURPOSES OVER AND ACROSS THE NORTHERLY 30.00 FEET OF THE SOUTH HALF OF LOT 4 IN SECTION 19, TOWNSHIP 12 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE EASTERLY 421.00 FEET.

ALSO EXCEPTING THEREFROM THAT PORTION LYING WITHIN IN PARCEL 1 ABOVE DESCRIBED.

PARCEL 3:

AN EASEMENT AND RIGHT OF WAY FOR INGRESS, EGRESS FOR ROADWAY AND PUBLIC UTILITIES PURPOSES OVER THE NORTHERLY 20.00 FEET OF THE SOUTH HALF OF LOT 3, IN SECTION 19, TOWNSHIP 12 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

PARCEL 4:

AN EASEMENT AND RIGHT OF WAY FOR ROAD AND PUBLIC UTILITY PURPOSES OVER AND ACROSS A STRIP OF LAND 30.00 FEET IN WIDTH LYING WITHIN LOTS 3 AND 4 IN SECTION 19, TOWNSHIP 12 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, THE SOUTHERLY BOUNDARY OF SAID STRIP BEING DESCRIBED AS FOLLOWS:

COMMENCING AT ENGINEER'S STATION 31 + 16.33 ON THE CENTER LINE OF COUNTY ROAD SURVEY NO. 1202, ACCORDING TO PLAT THEREOF ON FILE IN THE OFFICE OF THE COUNTY ENGINEER OF SAN DIEGO COUNTY; THENCE ALONG THE PROLONGATION OF SAID CENTER LINE NORTH 39° 44' 52" WEST, 100.00 FEET THENCE SOUTH 02° 21' 54" WEST 300.00 FEET; THENCE NORTH 89° 53' 06" WEST 1200.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE SOUTH 59° 06' 54" WEST, 120.00 FEET, THENCE SOUTH 79° 06' 54" WEST 100.00 FEET, THENCE SOUTH 62° 06' 54" WEST 88.00 FEET, THENCE NORTH 76° 53' 06" WEST, 110.00 FEET, THENCE NORTH 52° 53' 06" WEST, 137.00 FEET; THENCE NORTH 24° 53' 06" WEST, 9.87 FEET TO THE NORTHERLY LINE OF SOUTH HALF OF SAID LOT 4; THENCE ALONG SAID NORTHERLY LINE SOUTH 89° 51' 29" WEST TO THE WESTERLY LINE OF SAID LOT 4. SAID

EXHIBIT "A"  
DESCRIPTION

11694

Page 2
Order No. 608003273

EASEMENT TO TERMINATE NORTHEASTERLY IN THE SOUTHERLY LINE OF THE NORTHERLY 30.00 FEET OF THE SOUTH HALF OF SAID LOT 3 AND TO TERMINATE WESTERLY IN THE WESTERLY LINE OF SAID LOT 4.

PARCEL 5:

AN EASEMENT AND RIGHT OF WAY FOR ROAD AND PUBLIC UTILITY PURPOSES OVER AND ACROSS THAT PORTION OF THE SOUTHERLY 10.00 FEET OF THE NORTHERLY 30.00 FEET OF THE SOUTH HALF OF LOT 3 IN SECTION 19, TOWNSHIP 12 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING EASTERLY OF THE NORTHEASTERLY PROLONGATION OF THE NORTHWESTERLY LINE OF PARCEL 4 HEREINABOVE DESCRIBED.

PARCEL 6:

AN EASEMENT FOR INGRESS AND EGRESS OVER THE EXISTING CONCRETE DRIVEWAY AND PURPOSES INCIDENTAL THERETO ALONG THE EASTERLY BOUNDARY LINE OF THE FOLLOWING DESCRIBED LAND:

ALL THAT PORTION OF THE SOUTHERLY HALF OF LOT 4 IN SECTION 19, TOWNSHIP 12 SOUTH, RANGE 2 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE UNITED STATES GOVERNMENT SURVEY APPROVED DECEMBER 14, 1885, BEING DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWEST CORNER OF THE SOUTHERLY HALF OF LOT 4 IN SAID SECTION 19, THENCE ALONG THE NORTHERLY LINE OF SAID SOUTHERLY HALF; NORTH 89° 51' 29" EAST, 456.16 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID NORTHERLY LINE, NORTH 89° 51' 29" EAST 228.00 FEET, THENCE SOUTHERLY IN A STRAIGHT LINE A DISTANCE OF 500.00 FEET TO A POINT ON THE SOUTHERLY HALF OF LOT 4, DISTANT THEREON NORTH 89° 51' 29" EAST 681.39 FEET FROM THE SOUTHWEST CORNER OF SAID NORTHERLY 500.00 FEET; THENCE ALONG SAID SOUTHERLY LINE SOUTH 89° 51' 29" WEST, 227.13 FEET; THENCE NORTHERLY IN A STRAIGHT LINE, A DISTANCE OF 500.00 FEET TO THE TRUE POINT OF BEGINNING.