DEBRA LYNN TONER
3139 Mt. Whitney Road
Escondido, CA 92029
Pro Se Debtor

FILED BC

2022 JAN -4 PM 2:22

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re :

DEBRA LYNN TONER,

Debtor.

Chapter No. 13
Case No.:  21-04335-LA13

DEBTOR'S OPPOSITION TO TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS, AND TO US BANK NA'S OBJECTION TO CONFIRMATION

HEARING
Date:  January 19, 2022
Time:  11:00 a.m.
Dept:  2

TO THE HONORABLE LOUISE DECARL ADLER, U.S. BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND CHAPTER 13 TRUSTEE, AND US BANK, NA:

Debtor, Debra Lynn Toner ("Debtor"), hereby submits her opposition to Chapter 13 Trustee Thomas H. Billingslea ("Trustee") Objection to Chapter 13 Plan and Motion to Dismiss, and Objection to Confirmation of US Bank, NA, as follows:

Re Creditor US Bank's objections at Dockets 23 and 24, same objections are readily addressable if Debtor is given additional time to redo and amend her bankruptcy schedules and associated Plan to submit monthly payments consistent with a Notice of Mortgage Payment Change filed by creditor US Bank through Official Form 410S1.

Re Trustee objections at Docket 25, same objections are readily addressable if Debtor is given additional time to redo and amend her bankruptcy schedules and associated Plan to submit

DEBTOR'S OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

1

04335 opp
8 pe

monthly payments consistent with a Notice of Mortgage Payment Change filed by creditor US Bank through Official Form 410S1.

    In Conclusion, for the reasons above, the Court should continue Trustee's objection to Chapter 13 plan and motion to dismiss, and US Bank's objection to confirmation, providing a reasonable period of time for Debtor to amend her schedules and associated plan, consistent with the above.

Dated: January 4, 2022

                                                                    _____
                                                                      Debra Lynn Toner
                                                                       Debtor in Pro Se

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2425 Auto Parkway Es, 92029.

A true and correct copy of the foregoing document entitled: **DEBTOR'S OPPOSITION TO TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS, AND OBJECTION TO CONFIRMATION OF US BANK, NA PURSUANT** in the manner stated below:

**1. SERVED BY UNITED STATES MAIL:**

On January 4th, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Trustee Thomas H. Billingslea
402 West Broadway, Suite 1350
San Diego, CA 92101

US Trustee
Office of the US Trustee
880 Front Street
Suite 320
San Diego, CA 92101

US Bank NA through their attorneys
Richard L. Stevenson
McCarthy & Holthus, LLP
2763 Camino del Rio South,
Suite 100
San Diego, CA 92108

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

January 4, 2022    Alek Stanly                    Alek Stanly
Date               Printed Name                   Signature

DEBTOR'S OPPOSITION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

3

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)/ (619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

DEBRA LYNN TONER

Debtor

Case No.: 21-04335-LA13

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

DATE: January 19, 2022
TIME: 11:00 a.m.
DEPT.: 2

The Trustee objects to confirmation of the proposed Chapter 13 plan and respectfully requests the Court deny confirmation and dismiss this case.

**1. The plan is incomprehensible or internally inconsistent and the Trustee cannot administer it in the current format**

The Trustee cannot administer the plan in its current format due to these problems:

1. The following plan sections were left blank or are incomplete: 1.1 and 5.2.

2. There is no treatment of any creditors in Section 3 of the plan.

**2. The Plan is Not Feasible: §1325(a)(6); Plan Length §1322 (d):**

Plan Section Part 9 states,
"Petitioner is requesting stay of proceedings to include the completion of the current listing sale of 4230 Grace St. Capitola, CA 95010 to pay off the personal loan from Richard Stanley of $75 and the personal loan from Richard Stanley of $75K and the payoff of $888,000 should it be found the correct amount owed. The debt obligation on this property is not the debt of petitioner but of previous owner who died. Petitioner requests the court give ample time to sell and cure all debts."

The Debtor's plan is ambiguous and the Trustee cannot administer it. The claims bar date is 1/18/2022; the government claims bar date is 5/9/2022.

- 1 -

THB/cq

**3. Disposable Income:**

The Trustee cannot recommend confirmation where the Debtor's net monthly income on Line 23c of Schedule J (Dk. #16, pg. 36) reflects $1,582.50, but Debtor's plan proposes payments of $42.77.

**4. The Plan is not proposed in good faith or does not comply with Code provisions.**

Debtor has failed to provide a valid Social Security card and valid government identification. The Trustee has not been able to examine the Debtor due to the lack of proper identification.

Debtor has failed to provide the Trustee with the required 2019 and 2020 tax returns (not transcripts). It is the Debtor's duty to provide the Trustee with the required Tax Returns 7 days before the §341 Meeting per 11 U.S.C. §521(e)(2).

## CONCLUSION

For the aforementioned reasons, the Trustee respectfully requests the Court deny confirmation and dismiss.

Dated: December 2/, 2021

Respectfully Submitted,

Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

Toner
21-04335-LA13

**CSD 1173** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

DEBRA LYNN TONER

BANKRUPTCY NO. 21-04335-LA13

Debtor.

## NOTICE OF HEARING ON OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN AND MOTION TO DISMISS

TO: Debtor (Pro Per), United States Trustee

**You are hereby notified** that on _____January 19, 2022_____, at __11:00 a.m.__, in Department No. _2_, Room _118_, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's Chapter 13 Plan filed by ___Thomas H. Billingslea, Jr., Chapter 13 Trustee___.

*(Insert Name of Objecting Party)*

Any reply or other response to this objection must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **no later than fourteen (14) days from date of service.**

DATED: December 22, 2021

_____
Thomas H. Billingslea, Jr., Chapter 13 Trustee
[Attorney for] Objecting Party

**This notice must be accompanied by your written objection to the Chapter 13 Plan pursuant to LBR 3015-5**

CSD 1173

CSD 1173 (Page 2) [07/01/18]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __21__ day of __December__, __2021__, I served a true copy of the within NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☑ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail:**

On __December 21, 2021__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

DEBTOR (PRO PER)
DEBRA LYNN TONER
3139 MT WHITNEY RD.
ESCONDIDO CA 92029

US TRUSTEE
DAVID ORTIZ-TRIAL ATTORNEY
OFFICE OF THE U.S. TRUSTEE
880 FRONT STREET
THIRD FLOOR, SUITE 3230
SAN DIEGO, CA 92101

CSD 1173

CSD 1173 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   December 21, 2021              /s/ Bernice A. Villarreal
              (Date)                          (Typed Name and Signature)

                                             402 West Broadway, Suite 1350
                                             (Address)

                                             San Diego, CA 92101
                                             (City, State, ZIP Code)

CSD 1173