**DEBRA LYNN TONER**
3139 Mt. Whitney Rd.
Escondido, CA 92029

Pro Se Debtor

FILED
2022 JAN -4 PM 2:22
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In Re :

DEBRA LYNN TONER,

               Debtor.

Chapter No. 13
Case No.:  21-04335-LA13

**DECLARATION OF DEBRA LYNN TONER IN SUPPORT OF DEBTOR'S OPPOSITION TO TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS, AND TO US BANK NA'S OBJECTION TO CONFIRMATION**

**HEARING**
Date:  January 19, 2021
Time:  11:00 a.m.
Dept:  2

I, Debra Lynn Toner, declare as follows:

    1.    I am the Debtor, Debra Lynn Toner. I have personal knowledge of the facts set forth herein, or can make representations re same upon information and belief, and as such, if called upon as a witness in this matter I could and would competently testify as to those facts.

---

DECLARATION OF DEBRA LYNN TONER IN SUPPORT OF DEBTOR'S OPPOSITION TO
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

1

2.    Re Creditor US Bank's objections at Dockets 23 and 24, same objections are readily addressable if I am given additional time to redo and amend my bankruptcy schedules and associated Plan to submit monthly payments consistent with a Notice of Mortgage Payment Change filed by creditor US Bank through Official Form 410S1.

3.    Re Trustee objections at Docket 25, same objections are readily addressable if I am given additional time to redo and amend my bankruptcy schedules and associated Plan to submit monthly payments consistent with a Notice of Mortgage Payment Change filed by creditor US Bank through Official Form 410S1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief. Executed this 4th day of January 2022 at Escondido, California.

_____
Debra Lynn Toner

DECLARATION OF DEBRA LYNN TONER IN SUPPORT OF DEBTOR'S OPPOSITION TO
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2425 Auto Parkway ESC 92029.

A true and correct copy of the foregoing document entitled: **DEBTOR'S DECLARATION IN SUPPORT OF HER OPPOSITION TO TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS, AND OBJECTION TO CONFIRMATION OF US BANK, NA PURSUANT** in the manner stated below:

**1. SERVED BY UNITED STATES MAIL:**
On January 4th, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Trustee Thomas H. Billingslea
402 West Broadway, Suite 1350
San Diego, CA 92101

US Trustee
Office of the US Trustee
880 Front Street
Suite 320
San Diego, CA 92101

US Bank NA through their attorneys
Richard L. Stevenson
McCarthy & Holthus, LLP
2763 Camino del Rio South,
Suite 100
San Diego, CA 92108

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

January 4, 2022   Alek Stanley                              Alek Stanley
Date              Printed Name                              Signature

DECLARATION OF DEBRA LYNN TONER IN SUPPORT OF DEBTOR'S OPPOSITION TO
CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

3